AO 91 (Rev. 08/09) Criminal Complaint

UNDER SEAL

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Haris Qamar | ) | Case No.: 1:16mj 300 |
| | ) | |
| *Defendant(s)* | ) | |

F I L E D
JUL - 7 2016
CLERK, U.S. [DISTRICT COURT]
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 26, 2016, through June 10, 2016**, in the county of **Arlington** in the **Eastern** District of **Virginia and elsewhere**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. section 2339B | Attempt to provide Material Support to a designated terrorist organization |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Assistant United States Attorney Gordon D. Kromberg

_____
*Complainant's signature*

*Printed name and title*
Nicholas Caslen, Special Agent, FBI

Sworn to before me and signed in my presence.

Date: 07/07/2016

_____/s/_____
John F. Anderson
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

John F. Anderson, U.S. Magistrate Judge
*Printed name and title*