AO 442 (Rev. 01/09) Arrest Warrant

**UNDER SEAL**

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| United States of America | ) |
| v. | ) |
| Haris Qamar | ) Case No. 1:16mj 300 |
| | ) |
| Defendant | ) |

FILED JUL -8 2016 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Haris Qamar
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. section 2339B  Attempt to Provide Material Support to a Designated Terrorist Group

Date: 07/07/2016

/s/
John F. Anderson
United States Magistrate Judge

City and state: Alexandria, Virginia

*Printed name and title*

---

**Return**

This warrant was received on *(date)* July 7, 2016, and the person was arrested on *(date)* July 8, 2016
at *(city and state)* Burke, VA

Date: 7/8/16

*Arresting officer's signature*

NICHOLAS CASLEN, SPECIAL AGENT
*Printed name and title*