AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 1:16cr 227 |
| | ) | | |
| HARIS QAMAR | ) | | |
| *Defendant* | ) | | |

FILED IN OPEN COURT
OCT 17 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/17/2016

*Defendant's signature*

*Signature of defendant's attorney*

Alan H. Yamamoto
*Printed name of defendant's attorney*

/s/
Leonie M. Brinkema
United States District Judge