IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

OCT 17 2016

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 1:16-cr- 227 |
| ) | |
| HARIS QAMAR ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

From on or about April 2, 2016, and continuing through on or about June 10, 2016, in Arlington County in the Eastern District of Virginia and elsewhere, defendant HARIS QAMAR did knowingly and unlawfully attempt to provide "material support and resources," as that term is defined in Title 18, United States Code, Section 2339A(b), to a foreign terrorist organization, to wit, the Islamic State of Iraq and the Levant ("ISIL"), which continuously had been designated by the Secretary of State as a foreign terrorist organization, knowing that ISIL had been designated as a foreign terrorist organization, and knowing that ISIL had engaged in, and was engaging in, terrorist activity and terrorism.

The material support and resources that QAMAR attempted to provide included, but was not limited to, (1) gift cards to facilitate the transfer of funds to ISIL, and (2) photographs of buildings, landmarks, and transportation infrastructure in Northern Virginia and the Washington, D.C., metropolitan area, intending that such photographs be provided to, and used by, ISIL.

(All in violation of Title 18, United States Code, Section 2339B.)

Dana J. Boente
United States Attorney

By: _____
Gordon D. Kromberg
Assistant United States Attorney